**AFFIDAVIT IN SUPPORT OF AN
APPLICATION FOR A CRIMINAL COMPLAINT**

I, Mariano Garay-Ortiz, being first duly sworn, do here by depose and state that:

**INTRODUCTION AND AGENT BACKGROUND**

1. I am a United States Customs and Border Protection Enforcement Officer with the Department of Homeland Security, assigned to investigate Immigration Law violations and Criminal Laws of the United States at the Luis Muñoz Marín International Airport, Carolina, Puerto Rico.

2. I make this affidavit based on my own personal knowledge and on oral and written reports by other federal, state, and/or local law enforcement agents and officers that investigated this matter. This affidavit does not contain all the information derived from this investigation only that which is sufficient to demonstrate probable cause to believe that a crime has been committed.

3. This affidavit is submitted in support of a criminal complaint charging Yolerky RONDON-MORALES ("RONDON-MORALES") with: (1) Improper entry by Alien in violation of 8 U.S.C. § 1325 (a)(2) and (2) Stowaways on Vessels or Aircraft in violation of 18 U.S.C. § 2199.

**PROBABLE CAUSE**

4. On or about August 23, 2025, at the Port of San Juan Pier, San Juan, Puerto Rico, an alien by the name of Yolerky RONDON-MORALES, a citizen of the Dominican Republic, was found attempting to enter the United States on board the Tug Patriarch / Barge Marty J. as a Stowaway.

5. The Tug Patriarch / Barge Marty J. was coming from the Port of Chester, Pennsylvania, the tug was transiting near the Dominican Republic the subject boarded the tugboat to San Juan, Puerto Rico as a Stowaway.

6. RONDON-MORALES was found inside the tugboat hiding with three other individuals.

7. RONDON-MORALES was taken to the U.S. Customs and Border Protection facilities to be processed for repatriation to her home country the Dominican Republic.

8. During this process RONDON-MORALES fingerprints were submitted to the FBI for examination and comparison, this examination disclosed a match to FBI record #XXXXXX. FBI record revealed the following:

   a. On June 30, 2025, the DEFENDANT was granted a Voluntary Departure from the United States to his home country the Dominican Republic by the Immigration Judge.

   b. On July 29, 2025, the DEFENDANT departed the United States to the Dominican Republic under Voluntary Departure.

9. RONDON-MORALES was read his *Miranda* rights, and he waived his rights to an attorney. During his immigration interview, RONDON-MORALES stated that his true and correct name is Yolerky RONDON-MORALES, that he knew that the Tug Patriarch / Barge Marty J. was in transit to Puerto Rico, United States and that he is a national and citizen of the Dominican Republic.

10. RONDON-MORALES did not have authorization to board the Tug Patriarch / Barge Marty J., and he boarded it with the intent of obtaining transportation to the United States, and with like intent remained aboard said vessel after the vessel passed transited near the Dominican Republic.

11. RONDON-MORALES is a citizen and national of the Dominican Republic and is an

THIS SPACE INTENTIONALLY LEFT BLANK

AFFIDAVIT CONTINUES ON FOLLOWING PAGE

alien with no authorization or legal status to be present in the United States.

## CONCLUSION

12. Based upon my training, experience, and my participation in this investigation, I believe that probable cause exists that Yolerky RONDON-MORALES attempted to enter the United States by avoiding inspection in violation of 8 U.S.C. § 1325 (a)(2) and boarded the Tug Patriarch / Barge Marty J. without the consent of the owner, charterer, master, or the person in command of the vessel in violation of 18 U.S.C. § 2199.

Respectfully submitted,

Mariano Garay-Ortiz
Enforcement Officer
US Customs and Border Protection

Sworn in accordance with the requirement of Fed. R. Crim. P. 4.1. by telephone at 1:51 p.m. on this 25th day of August 2025, in San Juan, Puerto Rico.

Digitally signed by Hon. Giselle López-Soler

HON. Giselle López-Soler
UNITED STATES MAGISTRATE JUDGE
DISTRICT OF PUERTO RICO

3